UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NARGIS SULTANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:23-CV-495-D** |
| DEPARTMENT OF COMMERCE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E.7], DENIES plaintiff's motions for judgment [D.E. 11, 12], DENIES as moot defendant's motions to strike [D.E. 14, 16] and plaintiff's motion to exclude [D.E. 19], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

This Judgment filed and entered on April 22, 2024, and copies to:
Nargis Sultana        (via CM/ECF electronic notification)
Sharon C. Wilson      (via CM/ECF electronic notification)

April 22, 2024                         Peter A. Moore, Jr.
                                       Clerk of Court


                                       By: /s/ Stephanie Mann
                                           Deputy Clerk